No. —, original. Ex parte Keogh. Submitted February 29, 1932. Decided March 14, 1932. The motion for leave to file petition for writ of mandamus is denied. *Mr. John W. Keogh, pro se.*

No. 401. American Surety Co. *v.* Greek Catholic Union. March 14, 1932. In this cause it is ordered that the word "then" be deleted from the first line of the third paragraph of the opinion announced on February 15, 1932; otherwise the opinion will stand as heretofore announced. See 284 U. S. 563, 566.